UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUPERSEDING BILL OF INFORMATION FOR CONSPIRACY TO STEAL FIREARMS, TO POSSESS AND SELL STOLEN FIREARMS, AND TO RECEIVE AND POSSESS UNREGISTERED MACHINEGUNS AND SILENCERS; STEALING FIREARMS FROM A LICENSED FEDERAL FIREARMS DEALER;
AND FORFEITURE ALLEGATION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-5-SDD-RLB |
|---|---|---|
|  | : |  |
|  | : | 18 U.S.C. § 371 |
|  | : | 18 U.S.C. § 922(u) |
| *versus* | : | 18 U.S.C. § 922(j) |
|  | : | 26 U.S.C. § 5861(d) |
|  | : | 18 U.S.C. § 2 |
|  | : | 18 U.S.C. § 924(d) |
| CHARLES K. EVANS | : | 28 U.S.C. § 2461(c) |

THE UNITED STATES ATTORNEY CHARGES:

**At All Times Relevant to this Superseding Bill of Information:**

1. Bowie Outfitters was a federally licensed firearms dealer located in Baton Rouge, Louisiana.

2. Hebert Guns was a federally licensed firearms dealer located in Prairieville, Louisiana.

3. Meaux Guns was a federally licensed firearms dealer located in Baton Rouge, Louisiana.

4. The allegations contained in Paragraphs 1 through 3 are hereby re-alleged and incorporated in each Count of this Superseding Bill of Information.

## COUNT ONE
### Conspiracy to Steal Firearms, Possess and Sell Stolen Firearms, and Receive and Possess Unregistered Machineguns and Silencers
### 18 U.S.C. §§ 371 and 2

**The Conspiracy and its Objects**

5. Beginning on a date unknown on or before June 9, 2015, and continuing to in or about July 2015, in the Middle District of Louisiana and elsewhere, **CHARLES K. EVANS** (sometimes referred to herein as "**EVANS**"), defendant herein, did knowingly and intentionally conspire and agree with Individuals A, B, and C to commit the following offenses against the United States:

   a. to knowingly steal and unlawfully take and carry away firearms from the inventory of Bowie Outfitters, Hebert Guns, and Meaux Guns, all licensed federal firearms dealers, which firearms had been previously shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(u);

   b. to knowingly possess, sell, and dispose of stolen firearms, which belonged to Bowie Outfitters, Hebert Guns, and Meaux Guns, and which previously had been shipped in interstate and foreign commerce, knowing that such firearms were stolen, in violation of Title 18, United States Code, Section 922(j); and

   c. to knowingly receive and possess firearms which were not registered to any of them in the National Firearms Registration and Transfer Record, namely fully automatic machineguns and silencers, in violation of Title 26, United States Code, Section 5861(d).

**Manner and Means**

6. The objects of the conspiracy were accomplished in the following manner and means, among others:

   a. Prior to burglarizing Bowie Outfitters and Meaux Guns, and prior to attempting to burglarize Hebert Guns, **EVANS** and other individuals discussed with each other the plans to unlawfully enter these businesses and steal their firearms.

   b. **EVANS** and other individuals forced entry into Bowie Outfitters and Meaux Guns, and attempted to force entry into Hebert Guns.

   c. **EVANS** and other individuals removed numerous firearms from Bowie Outfitters and Meaux Guns and drove away with the stolen firearms.

   d. Following the burglaries, **EVANS** and other individuals split up the stolen firearms with the intention of selling them.

**Overt Acts**

7. In furtherance of the conspiracy and to accomplish its illegal objects, **EVANS**, Individual A, Individual B and Individual C committed and caused to be committed the following overt acts, among others, in the Middle District of Louisiana and elsewhere:

   a. **EVANS**, Individual A, and Individual B discussed with each other the plan to unlawfully enter Bowie's Outfitters and steal the firearms stored inside Bowie Outfitters.

   b. **EVANS**, Individual A, and Individual B traveled with each other in an automobile to Bowie Outfitters on or about June 9, 2015.

   c. While attempting to force entry into Bowie Outfitters on or about June 9, 2015, **EVANS**, Individual A, and Individual B disabled the security features at the store.

Case 3:16-cr-00005-SDD-RLB   Document 23   03/21/16   Page 4 of 7

d.  After arriving at Bowie Outfitters on or about June 9, 2015, **EVANS** and Individual A forced entry while Individual B acted as a look-out.

e.  After they had forced entry, **EVANS** and Individual A removed approximately thirty-two (32) firearms from the inventory, which they loaded into the automobile driven by **EVANS** before departing, along with Individual B, from the Bowie Outfitters premises.

f.  On or about June 9, 2015, **EVANS**, Individual A, and Individual B split the stolen Bowie Outfitters firearms up between themselves.

g.  In or about June and July 2015, **EVANS** sold stolen Bowie firearms.

h.  In or about July 2015, **EVANS**, Individual A, and Individual C discussed with each other the plan to unlawfully enter Hebert Guns and steal the firearms stored inside Hebert Guns.

i.  **EVANS**, Individual A, and Individual C traveled to Hebert Guns in an automobile on or about July 5, 2015.

j.  After arriving at Hebert Guns, **EVANS**, Individual A, and Individual C attempted to force entry into Hebert Guns.

k.  After failing to force entry at Hebert Guns, **EVANS**, Individual A, and Individual C traveled to Meaux Guns in an automobile.

l.  After arriving at Meaux Guns, **EVANS**, Individual A, and Individual C forced entry.

m.  After they forced entry, **EVANS**, Individual A, and Individual C removed approximately forty-four (44) firearms from the inventory of Meaux Guns, which they loaded into an automobile before departing from Meaux Guns premises.

- 4 -

      n.      On or about July 6, 2015, **EVANS**, Individual A, and Individual C split the stolen Meaux Guns firearms up between themselves for the purpose of selling them.

The above is a violation of Title 18, United States Code, Sections 371 and 2.

## COUNT TWO
### Stealing Firearms From a Licensed Federal Firearms Dealer
### 18 U.S.C. §§ 922(u) and 2

8.      On or about June 9, 2015 and on or about July 5-6, 2015, in the Middle District of Louisiana, **CHARLES K. EVANS**, defendant herein, aided and abetted by Individuals A, B, and C, did knowingly steal and unlawfully take and carry away approximately seventy-six (76) firearms from the inventory of licensed federal firearms dealers, specifically, Bowie Outfitters and Meaux Guns, which firearms had previously been shipped in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Sections 922(u) and 2.

## FORFEITURE ALLEGATION

9.      The allegations contained in Paragraphs 1 through 3 and Count 2 of this Superseding Bill of Information are incorporated herein as factual allegations for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

10.      Upon conviction of Count 2 of this Superseding Bill of Information, the defendant, **CHARLES K. EVANS**, shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in or used in commission of the offense.

Date: 3-21-16

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

_____
RYAN R. CROSSWELL
ASSISTANT U.S. ATTORNEY

_____
PETER J. SMYCZEK
ASSISTANT U.S. ATTORNEY

**Criminal Cover Sheet          U.S. District Court**

**Place of Offense:**                         Matter to be sealed:   X   No   ____ Yes

City        Baton Rouge                       **Related Case Information:**

County/Parish   East Baton Rouge              Superseding Indictment _____ Docket No. 16-5-SDD-RLB
                                              Same Defendant   X    New Defendant _____
                                              Magistrate Case Number _____
                                              Search Warrant Case No. _____
                                              R 20/ R 40 from District of _____
                                              **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:   Charles K. Evans
Alias
Address:
Birthdate:        SS #:        Sex:        Race:        Nationality:

**U.S. Attorney Information:**

AUSA:   Ryan R. Crosswell        NC Bar #:   36700

**Interpreter:**   X  No   ___ Yes       **List language and/or dialect:**

**Location Status:**

Arrest Date   _____
  X      Already in Federal Custody
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:   2

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18 U.S.C. §§ 371 and 2 | Conspiracy to Steal Firearms, Possess and Sell Stolen Firearms, and Receive and Possess Unregistered Machineguns and Silencers | 1 | Felony |
| 18 U.S.C. §§ 922(u) and 2 | Stealing Firearms From a Licensed Federal Firearms Dealer | 2 | Felony |

Date:   3/21/16           Signature of AUSA: _____

**District Court Case Number (To be filled in by deputy clerk):** _____